UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEREMY SCOTT SEVILLE, | : |
| Plaintiff | : CIVIL ACTION NO. 3:22-0380 |
| v. | : (JUDGE MANNION) |
| C.O. HOEY, et al., | : |
| Defendants | : |

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The above captioned action is **DISMISSED** pursuant to Fed.R.Civ.P. 41(b) for Plaintiff's failure to prosecute and to comply with Local Rules of Court.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

MALACHY E. MANNION
United States District Judge

Dated: February  , 2023
22-0380-01-ORDER